MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
PATERNO C. JURANI, ESQ.
Nevada Bar No. 008136
OLSON CANNON & GORMLEY
9950 W. Cheyenne Avenue
Las Vegas, NV  89129
P:  (702) 384-4012
F:  (702) 383-0701
mfederico@ocgattorneys.com
pjurani@ocgattorneys.com
Attorney for Defendant
*Costco Wholesale Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GEORGE HARO, an individual, | CASE NO. 2:25-cv-01661-JAD-DJA |
| Plaintiff, | |
| v. | |
| COSTCO WHOLESALE CORPORATION, a Foreign Corporation; DOES 1-10 and ROE BUSINESS ENTITIES 11-20, inclusive, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIM FOR LOSS OF PAST AND FUTURE WAGES AND EARNING CAPACITY** |
| Defendants. | |
| | ECF No. 17 |

///

///

///

///

///

///

///

///

///

*Law Offices of*
**OLSON CANNON & GORMLEY**
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012        Fax (702) 383-0701

1

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIM FOR LOSS OF PAST AND FUTURE WAGES AND EARNING CAPACITY**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their respective parties, that Plaintiff GEORGE HARO'S claim for loss of past and future wages and earning capacity in the above-captioned action against Defendants be dismissed with prejudice.

DATED this 10th day of March, 2026.

DATED this 10th day of March, 2026.

OLSON CANNON & GORMLEY

HICKS & BRASIER, PLLC

/s/ Michael A. Federico, Esq.

/s/ Alison M. Brasier, Esq.

MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
9950 W. Cheyenne Avenue
Las Vegas, NV  89129
Attorney for Defendant
*Costco Wholesale Corporation*

ALISON M. BRASIER, ESQ.
Nevada Bar No. 10522
2630 S. Jones Blvd.
Las Vegas, NV 89146
Attorney for Plaintiff
*George Haro*

IT IS SO ORDERED this 17th day of March, 2026.

_____
UNITED STATES JUDGE

Submitted by:

OLSON CANNON & GORMLEY

/s/ Michael A. Federico, Esq.

MICHAEL A. FEDERICO, ESQ.
Nevada Bar No.: 005946
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorney for Defendant

*Law Offices of*
**OLSON CANNON & GORMLEY**
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012    Fax (702) 383-0701