MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
PATERNO C. JURANI, ESQ.
Nevada Bar No. 008136
OLSON CANNON & GORMLEY
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
P: (702) 384-4012
F: (702) 383-0701
mfederico@ocgattorneys.com
pjurani@ocgattorneys.com
Attorney for Defendant
*Costco Wholesale Corporation*

*Law Offices of*
**OLSON CANNON & GORMLEY**
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Fax (702) 383-0701

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GEORGE HARO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Foreign Corporation; DOES 1-10 and ROE BUSINESS ENTITIES 11-20, inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-01661-JAD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff GEORGE HARO and Defendant COSTCO WHOLESALE CORPORATION, by and through their respective counsel of record, hereby stipulate, pursuant to FRCP 41(a)(1)(A)(ii), that the above-captioned action, and any and all claims asserted by Plaintiff against Defendants in said captioned action is and are hereby dismissed with prejudice.

///

///

///

///

///

All parties are to bear their own costs, attorneys' fees and expenses related hereto.

**SO STIPULATED:**

DATED this ___ day of September, 2026.

OLSON CANNON & GORMLEY

______________________________
MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
Attorney for Defendant
*Costco Wholesale Corporation*

DATED this 9th day of September, 2026.

HICKS & BRASIER, PLLC

Maryam Vasek #14606
______________________________
ALISON M. BRASIER, ESQ.
Nevada Bar No. 10522
2630 S. Jones Blvd.
Las Vegas, NV 89146
Attorney for Plaintiff
*George Haro*

Law Offices of
OLSON CANNON & GORMLEY
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Fax (702) 383-0701

All parties are to bear their own costs, attorneys' fees and expenses related hereto.

**SO STIPULATED:**

DATED this 9th day of September, 2026.

OLSON CANNON & GORMLEY

*/s/ Michael A. Federico, Esq.*

________________________________
MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
Attorney for Defendant
*Costco Wholesale Corporation*

DATED this ___ day of September, 2026.

HICKS & BRASIER, PLLC

________________________________
ALISON M. BRASIER, ESQ.
Nevada Bar No. 10522
2630 S. Jones Blvd.
Las Vegas, NV 89146
Attorney for Plaintiff
*George Haro*

**ORDER**

Based on the parties' stipulation **[ECF No. 25]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

________________________________
U.S. District Judge Jennifer A. Dorsey
Dated: September 18, 2026

*Law Offices of*
OLSON CANNON & GORMLEY
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Fax (702) 383-0701